# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 68 EM 2016 |
|---|---|---|
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| DARNELL WILKINS, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of July, 2016, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.